IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 13 |
| MARCUS ARMOUR OLIVER & ) | |
| CHUDNEY WILLIAMS OLIVER, ) | CASE NO. 14-61319-WLH |
| ) | |
|    Debtors. ) | |
| _____ ) | |
| MARCUS ARMOUR OLIVER & ) | |
| CHUDNEY WILLIAMS OLIVER, ) | |
| ) | |
|    Movants. ) | |
| ) | |
| vs. ) | CONTESTED MATTER |
| ) | |
| OCWEN LOAN SERVICING, ) | |
| MORTGAGE ELECTRONIC ) | |
| REGISTRATION SYSTEMS, INC., ) | |
| AS NOMINEE FOR SOUTHSTAR ) | |
| FUNDING, LLC, ITS SUCCESSOR ) | |
| AND ASSIGNS, US BANK NATIONAL ) | |
| ASSOCIATION AS TRUSTEE ) | |
| FOR RASC 2007-KS2, C/O GMAC ) | |
| MORTGAGE, LLC | |

**AMENDED CERIFICATE OF SERVICE**

     On August 23, 2014, Debtors filed a ***Motion to Value Collateral and Modify Rights with Ocwen Loan Servicing, US Bank National Association as Trustee for RASC 2007-KS2, c/o GMAC Mortgage, LLC*** (Docket Entry No. 26*).*  The Certificate of Service attached to said motion did not contain service to all parties in interest or appearances made in this case.

     This is to certify that I have this day served the following additional parties in interest in the foregoing matter with a copy of  the by EFC Transmission to consenting parties and/or depositing in the United States Mail, a copy of same in a properly addressed envelope with adequate postage thereon to:

C. Brent Wardrop, Esq.
Appeance for Ocwen Loan Servicing
Weissman, Nowack, Curry & Wilco, PC
One Alliance Center - 4th Floor
3500 Lenox Road
Atlanta, GA  30326

GMAC Mortgage, LLC.
Attn: Tom Marano - CEO, Mortgage Operations:
1100 Virginia Drive
Ft. Washington, PA. 19034
(served via certified mail)

GMAC Mortgage
Attn.: David Applegate, CEO
1100 Virginia Drive
Fort Washington, PA 19034
(served via certified mail)

This 4th day of September, 2014

                ____/s/_____
                Richard K. Valldejuli, Jr.
R & R Law Group          Georgia Bar No. 723225
2199 Lenox Road, NE, Suite A     Attorney for Debtors
Atlanta, GA  30324
(404) 636-9957