IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 13 |
| MARCUS ARMOUR OLIVER & ) | |
| CHUDNEY WILLIAMS OLIVER, ) | CASE NO. 14-61319-WLH |
| ) | |
|     Debtors. ) | |
| _____ ) | |
| MARCUS ARMOUR OLIVER & ) | |
| CHUDNEY WILLIAMS OLIVER, ) | |
| ) | |
|     Movants. ) | |
| ) | |
| vs. ) | CONTESTED MATTER |
| ) | |
| OCWEN LOAN SERVICING, ) | |
| MORTGAGE ELECTRONIC ) | |
| REGISTRATION SYSTEMS, INC., ) | |
| AS NOMINEE FOR SOUTHSTAR ) | |
| FUNDING, LLC, ITS SUCCESSOR ) | |
| AND ASSIGNS, US BANK NATIONAL ) | |
| ASSOCIATION AS TRUSTEE ) | |
| FOR RASC 2007-KS2, C/O GMAC ) | |
| MORTGAGE, LLC | |

**NOTICE OF RE-ASSIGNMENT OF HEARING**

**PLEASE TAKE NOTICE** that the above captioned Debtor, **MARCUS ARMOUR OLIVER & CHUDNEY WILLIAMS OLIVER** have filed a *Motion to Value Collateral and Modify Rights of Ocwen Loan Servicing, US Bank National Association as Trustee for RASC 2007-KS2, c/o GMAC Mortgage, LLC, Pursuant to 11 U.S.C. § 506(a) and § 1322* and related papers with the Court to "Strip off" and extinguish Respondent's wholly unsecured second mortgage lien pursuant to 11 U.S.C. § 506(a).

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on this Motion in **Courtroom 1403**, United States Courthouse, 75 Spring Street, S.W., Atlanta, Georgia **on October 1, 2014 at 9:30AM.**

Your rights may be affected by the court's ruling on these pleadings. Your should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Spring Street, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: September 4, 2014.

_____/s/_____
Richard K. Valldejuli, Jr.
Georgia Bar Number 723225
Attorney for Debtors

R & R Law Group
2199 Lenox Road, Suite A
Atlanta, GA 30324
(404) 636-9957

## **CERTIFICATE OF SERVICE**

       This is to certify that I have this day served all parties in the foregoing matter with a copy of the foregoing ***Notice of Re-assignment of Hearing on Debtors, Motion to Value Collateral and Modify Rights of Ocwen Loan Servicing, Us Bank National Association As Trustee For Rasc 2007-Ks2, C/O GMAC  Mortgage, LLC Pursuant to 11 U.S.C. § 506(a) and § 1322*** and ***Notice of Assignment of Hearing,*** by  EFC transmission and/or depositing in the United States Mail, a copy of same in a properly addressed envelope with adequate postage thereon upon:

Nancy J. Whaley
Standing Chapter 13 Trustee
Suite 120, 303 Peachtree Center Avenue
Atlanta, GA 30303

Ocwen Loan Servicing
Attn:  William Erbey – CEO
1661 Worthington Rd.
West Palm Beach, FL 33409
(served via certifed mail)

US National Bank Association
As Trustee for  RASC 2007-KS2, c/o GMAC  MORTGAGE**, LLC**
Attn:  Richard K. Davis – CEO
425 Walnut St.
Cincinnati, OH 45202
(served via certified mail)

CT Corporation
Registered agent for US Bank National Association
1201 Peachtree St., NE
Atlanta, GA  30361

Corporate Service Co.
Registered agent for Ocwen Loan Servicing
100 Peachtree St.
Atlanta, GA  30303

C. Brent Wardrop, Esq.
Appeence for Ocwen Loan Servicing
Weissman, Nowack, Curry & Wilco, PC
One Alliance Center - 4th Floor
3500 Lenox Road
Atlanta, GA  30326

GMAC Mortgage, LLC.
Attn: Tom Marano - CEO, Mortgage Operations:
1100 Virginia Drive
Ft. Washington, PA. 19034
(served via certified mail)

GMAC Mortgage
Attn: David Applegate, CEO
1100 Virginia Drive
Fort Washington, PA 19034
(served via certified mail)

This 4th day of September, 2014

                                                                       __/s/_____
                                                                      Richard K. Valldejuli, Jr.

R & R Law Group                                Georgia Bar No. 723225
2199 Lenox Road, NE, Suite A          Attorney for Debtors
Atlanta, GA  30324
(404) 636-9957