**IT IS ORDERED as set forth below:**



**Date: October 14, 2014**

*Wendy L. Hagenau*

_____

**Wendy L. Hagenau**
**U.S. Bankruptcy Court Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **CHAPTER 13** |
| **MARCUS ARMOUR OLIVER &** | ) | |
| **CHUDNEY WILLIAMS OLIVER,** | ) | **CASE NO. 14-61319-WLH** |
| Debtors. | ) | |
| _____ | ) | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ |
| **MARCUS ARMOUR OLIVER &** | ) | |
| **CHUDNEY WILLIAMS OLIVER,** | ) | |
| | ) | |
| Movants. | ) | |
| | ) | |
| vs. | ) | **CONTESTED MATTER** |
| | ) | |
| **OCWEN LOAN SERVICING,** | ) | |
| **MORTGAGE ELECTRONIC** | ) | |
| **REGISTRATION SYSTEMS, INC.,** | ) | |
| **AS NOMINEE FOR SOUTHSTAR** | ) | |
| **FUNDING, LLC, ITS SUCCESSOR** | ) | |
| **AND ASSIGNS, US BANK NATIONAL** | ) | |
| **ASSOCIATION AS TRUSTEE** | ) | |
| **FOR RASC 2007-KS2, C/O GMAC** | ) | |
| **MORTGAGE, LLC,** | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER GRANTING DEBTORS' MOTION TO STRIP LIEN**

The above matter came before the Court on October 1, 2014 on Debtors' Motion to Value Collateral and Modify Rights (the "Motion") of Ocwen Loan Servicing, Us Bank National Association As Trustee For Rasc 2007-Ks2, c/o GMAC  Mortgage, LLC Pursuant to 11 U.S.C. § 506(a) and § 1322 (hereinafter "Respondent").  Debtors seek a determination that the second priority lien held by Respondent on Debtors' residence located at 2446 Ridge Lake Drive, Villa Rica, Georgia, Douglas County, 30180 (the "Property") is completely unsecured because no value exists in the Property to which Respondent's junior lien can attach.   No party appeared in opposition to Debtor's Motion; therefore, it is hereby

**ORDERED** that Debtors' Motion is granted as provided herein.

**FURTHER ORDERED** that, for purposes of the Debtors' chapter 13 case, any allowed proof of claim filed by the Respondent arising out of the lien described herein shall be treated as a general non-priority unsecured claim.

**FURTHER ORDERED** that, effective upon entry of discharge in the Debtors' Chapter 13 case, the lien of Respondent evidenced by a security deed recorded in the Superior Court of Douglas County shall be avoided without further order pursuant to 11 U.S.C. §506(d) provided, however, that the Court reserves jurisdiction to consider if appropriate the avoidance of Respondents' mortgage lien prior to entry of a discharge under 11 U.S.C. § 1328(a). In the event the Debtors' case is dismissed or converted to chapter 7, the lien of  the Respondent shall not be affected by this Order in accordance with 11 U.S.C. § 349(b)(1)(C) or 348(f)(1)(B) as applicable.

It is **FURTHER ORDERED** that, within sixty (60) days after the entry of this

Order, Debtors' counsel may file a certified copy of this Order in the real property

records of the county in which the Property is located.

It is **FURTHER ORDERED** that, within sixty (60) days of the entry of the

Debtors' discharge in this Chapter 13 case, Debtors shall cause a certified copy of the

order granting the discharge to be filed in the real property records of the county in which

the Property is located.

### END OF DOCUMENT

Order prepared and presented by:

_____/s/_____
Richard K. Valldejuli, Jr.
GA State Bar # 723225
Attorney for Debtor/Movant
2199 Lenox Road, Suite A
Atlanta, GA 30324
(404) 636-9957

Approved as to form by:

_____/s/_____
Ryan J. Williams, Esq. (*signed by RKV with expressed permission 10/7/14*)
State Bar # 940874
Attorney for Nancy J. Whaley
Standing Chapter 13 Trustee
Suite 120, Suntrust Garden Plaza
303 Peachtree Center Avenue, N.E.
Atlanta, Georgia 30303
(678) 992-1201

## DISTRIBUTION LIST

Richard K. Valldejuli, Jr.
R&R Law Group, LP
2199 Lenox Road, Suite A
Atlanta, GA 30324

Nancy J. Whaley
Standing Chapter 13 Trustee
303 Peachtree Ctr. Ave., Suite 120
Atlanta, GA  30303

Marcus Armour Oliver
Chudney Williams Oliver
2446 Ridge Lake Drive
Villa Rica, GA 30180

Ocwen Loan Servicing
Attn:  William Erbey – CEO
1661 Worthington Rd.
West Palm Beach, FL 33409

US National Bank Association
As Trustee for  RASC 2007-KS2,
 c/o GMAC  MORTGAGE**, LLC**
Attn:  Richard K. Davis – CEO
425 Walnut St.
Cincinnati, OH 45202

CT Corporation
Registered agent for US Bank National Association
1201 Peachtree St., NE
Atlanta, GA  30361

Corporate Service Co.
Registered agent for Ocwen Loan Servicing
100 Peachtree St.
Atlanta, GA  30303

 C. Brent Wardrop, Esq.
Appeance for Ocwen Loan Servicing
Weissman, Nowack, Curry & Wilco, PC
One Alliance Center - 4th Floor
3500 Lenox Road
Atlanta, GA  30326

GMAC Mortgage, LLC
Attn: Tom Marano - CEO, Mortgage Operations:
1100 Virginia Drive
Ft. Washington, PA. 19034

GMAC Mortgage
Attn: David Applegate, CEO
1100 Virginia Drive
Fort Washington, PA 19034