**IT IS ORDERED as set forth below:**



**Date: April 8, 2015**

_____
**Wendy L. Hagenau
U.S. Bankruptcy Court Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **CHAPTER 13** |
| **MARCUS ARMOUR OLIVER and** | ) | |
| **CHUDNEY WILLIAMS OLIVER,** | ) | |
| Debtors. | ) | **CASE NO. 14-61319-WLH** |
| | ) | |
| **MARCUS ARMOUR OLIVER and** | ) | |
| **CHUDNEY WILLIAMS OLIVER,** | ) | |
| | ) | |
| Movants, | ) | |
| | ) | **CONTESTED MATTER** |
| vs. | ) | |
| | ) | |
| **OCWEN LOAN SERVICING, LLC** | ) | |
| **AS SERVICER FOR U.S. BANK, NATIONAL** | ) | |
| **ASSOCIATION, AS TRUSTEE FOR** | ) | |
| **RESIDENTIAL ASSET SECURITIES** | ) | |
| **CORPORATIONHOME EQUITY** | ) | |
| **MORTGAGE ASSET BACKED PASS** | ) | |
| **THROUGHCERTIFICATES, SERIES 2007-KS2** | ) | |
| | ) | |
| Respondent. | ) | |

### ORDER SUSTAINING OBJECTION
### TO LATE CLAIM OF OCWEN LOAN SERVICING, LLC

The above matter having been set down for hearing before this Court on March 18, 2015, at 9:30 a.m. upon Notice of Assignment of Hearing on the Debtors' objection to the late proof of claim by Ocwen Loan Servicing ("Respondent") filed February 9, 2015 (Doc No. 52) (the "Objection"). The deadline for the filing of a claim for non-governmental creditors was October 14, 2014. Respondent filed its proof of claim on December 12, 2014 (Claim Register Docket No. 21-1). Pursuant to 11 U.S.C. §502(B)(9) and Bankruptcy Rule 3002(c), said claim was not timely filed. Debtors' counsel contends that all parties in interest were properly served and that no party appeared in opposition to the Debtors' objection, and as such, it is hereby

**ORDERED** that the Debtors' objection is SUSTAINED and the claim of Ocwen Loan Servicing filed December 12, 2014 (Claim Register Docket No. 21-1) in the amount of $53,427.56 is DISALLOWED in its entirety.

**[END OF DOCUMENT]**

Order prepared and presented by:

_____/s/_____
Richard K. Valldejuli, Jr.
GA Bar No. 723225
Counsel for Movants
2199 Lenox Road, Suite A
Atlanta, GA  30324
(404) 636-9957

Approved as to form:

_____/s/_____
Ryan Williams, Esq. (By RKV w/express permission 3/29/15)
GA State Bar No. 940874
Attorney for Nancy J. Whaley
Standing Chapter 13 Trustee
Suite 120, Suntrust Garden Plaza
303 Peachtree Center Avenue, N.E.
Atlanta, Georgia  30303
(678) 992-1201

**DISTRIBUTION LIST**

Richard K. Valldejuli, Jr.
2199 Lenox Road, Suite A
Atlanta, GA  30324

Nancy J. Whaley
Standing Chapter 13 Trustee
Suite 120, Suntrust Garden Plaza
303 Peachtree Center Avenue
Atlanta, GA  30303

C. Brent Wardrop
Weissman, Nowack, Curry & Wilco, P.C.
One Alliance Center, 4th Floor
3500 Lenox Road
Atlanta, Georgia 30326

Ocwen Loan Servicing, LLC
Attn: Bankruptcy Department
P.O. Box 24605
West Palm Beach, FL 33416-4605

Ocwen Loan Servicing, LLC
Attn: Karlene Dunkley
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409