**IT IS ORDERED as set forth below:**



Date: March 7, 2017

_____
**Wendy L. Hagenau**
**U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br>MARCUS ARMOUR OLIVER<br>CHUDNEY WILLIAMS OLIVER,<br>        Debtors. | CASE NO. 14-61319-wlh<br><br>CHAPTER:  13 |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIES CORPORATION, HOME EQUITY MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-KS2,<br>        Movant,<br>v.<br><br>MARCUS ARMOUR OLIVER<br>CHUDNEY WILLIAMS OLIVER<br>NANCY J. WHALEY, Trustee<br>        Respondents. | JUDGE:  HONORABLE WENDY L. HAGENAU<br><br><br><br><br><br>CONTESTED MATTER |

CONSENT ORDER ON MOTION FOR RELIEF FROM STAY (#81)

The above styled Motion having been scheduled for a hearing before the Court on January 25, 2017, upon Notice of Assignment of Hearing to each of the above-captioned parties in interest, and it appearing to the Court that the parties consent hereto:

FURTHER IT IS HEREBY ORDERED that the Motion for Relief from Stay with respect to 2446 Ridgelake Drive, Villa Rica, Georgia 30180 is denied, as the parties herein agree that the interest of Movant is adequately protected by payment and performance as more particularly set forth hereinafter.

FURTHER ORDERED that the post-petition arrearage through January 1, 2017, totals $8,786.42, including one (1) payment of $1,382.27 (August 1, 2016), five (5) payments of $1,274.63 (September 1, 2016 – January 1, 2017) each, $181.00 for a filing fee and $850.00 in reasonable attorney's fees.

This arrearage shall be paid as follows:

Debtor shall receive credit for $349.02 in suspense. Debtor is ordered to pay the sum of $2,500.00 instanter. Beginning February 1, 2017, Debtor shall resume timely remittance of the regular monthly mortgage payments.  Beginning February 15, 2017 and continuing on the 15th day of each subsequent month, Debtor shall pay an additional $659.71 per month, for eight (8) months and an additional $659.72 per month for one (1) month or until the arrearage is cured. Payments should be sent to:

> Ocwen Loan Servicing, LLC
> Attn: Cashiering Department
> 1661 Worthington Rd
> Suite 100
> West Palm Beach, FL 33409

or to such address as may be designated.  It is

FURTHER ORDERED that should Debtor(s) default in payment of any sum specified herein, or in any regular monthly mortgage payments which come due according to Movant's Loan Documents for a period of eighteen (18) months from the date of entry of this order,  then upon notice of default sent by first class mail to Debtor(s), attorney for Debtor(s) and the Trustee, and failure of Debtor(s) to cure such default within ten (10) days from the date of receipt of such notice, Movant may file a motion and affidavit of default, with service upon Debtor(s),

attorney for Debtor(s) and the Trustee, and the Court may enter an Order modifying the automatic stay, without further notice or hearing. The notice of default contemplated in this Paragraph shall be sent to the Debtor(s), attorney for Debtor(s) and the Trustee by first class U.S. Mail, postage prepaid, addressed to these parties at their respective addresses of record at the time. The notice of default shall provide detailed information as to the amount of the default, how it can be cured, and the time in which it can be cured.  If the automatic stay is modified, Movant will be free to pursue its contractual and State law rights, including, but not limited to, the right to foreclose on its collateral.

FURTHER ORDERED that in the event relief from the automatic stay is later granted, the Trustee shall cease funding any balance of Movant's claim, and the provisions of Fed. R. Bank. P. 4001(a)(3) may be waived.

FURTHER ORDERED that upon completion of any foreclosure sale, any funds in excess of the amount due to Movant and to any subordinate lienholder(s) properly entitled to receive proceeds under applicable State Law, shall be paid to the Trustee for the benefit of the Estate.

[END OF DOCUMENT]

CONSENTED TO BY:

/s/ *Ciro A. Mestres*
Ciro A. Mestres, Bar No.: 840253
Attorney for Movant
Aldridge Pite, LLP (formerly known as
Aldridge Connors, LLP)
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (888) 873-6147
Email: cmestres@aldridgepite.com

<u>/s/ Richard K. Valldejuli</u>_____ with express permission
Richard K. Valldejuli, Bar No. 723225
Attorney for Debtor(s)
R&R Law Group, LP
Suite A
2199 Lenox Road, NE
Atlanta, GA 30324
Phone: 404-636-9957
info@valldejuliandassociates.com


NO OPPOSITION:

<u>/s/ Ryan Williams</u>_____ with express permission
Ryan Williams, Bar No. 940874
Attorney for Trustee
303 Peachtree Center Avenue
Suite 120
Atlanta, GA 30303
Phone: 678-992-1201

DISTRIBUTION LIST

Marcus Armour Oliver
2446 Ridge Lake Drive
Villa Rica, GA 30180

Chudney Williams Oliver
2446 Ridge Lake Drive
Villa Rica, GA 30180

Richard K. Valldejuli
R&R Law Group, LP
Suite A
2199 Lenox Road, NE
Atlanta, GA 30324

Nancy J. Whaley
303 Peachtree Center Avenue
Suite 120
Atlanta, GA 30303

Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305