**IT IS ORDERED as set forth below:**



**Date: December 27, 2018**

_____
**Wendy L. Hagenau
U.S. Bankruptcy Court Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MARCUS ARMOUR OLIVER &, | ) | CHAPTER 13 |
| CHUDNEY WILLIAMS OLIVER, | ) | |
| Debtors. | ) | CASE NO: 14-61319-WLH |
| | ) | |
| MARCUS ARMOUR OLIVER &, | ) | |
| CHUDNEY WILLIAMS OLIVER, | ) | |
| | ) | |
| Movants, | ) | CONTESTED MATTER |
| | ) | |
| vs. | ) | |
| | ) | |
| U.S. BANK NATIONAL ASSOCIATION, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

On December 4, 2018, Debtors filed a Motion to vacate the Order entered August 23, 2018 granting stay relief to U.S. Bank National Association (Doc. No. 97) (the "Motion").

The Motion came before the Court on December 19, 2018 at 9:30 AM, upon Notice of Assignment of Hearing Movants contend all parties have been properly served.  Appearing at

the hearing were Debtors' counsel and counsel for the Chapter 13 Trustee. Counsel for the Chapter 13 Trustee had no opposition and no other party appeared in opposition to the Motion.

The Court having considered the Motion, arguments from Debtors' counsel and for the reasons stated on the record, it is hereby

**ORDERED** that the Order entered August 23, 2018 granting stay relief to U.S. Bank National Association is hereby **VACATED** and the automatic stay is **REIMPOSED**.

**[END OF DOCUMENT]**

Order prepared and presented by:

\_\_\_\_/s/_____
Richard K. Valldejuli, Jr., Esq.
Attorney for Debtors
GA Bar No. 723225
2199 Lenox Road, Suite A
Atlanta, GA  30324
(404) 636-9957

Approved as to form by:

\_\_\_\_/s/_____
Ryan Williams, Esq. (by RKV w/express permission 12/21/18)
GA State Bar No. 940874
Attorney for Nancy J. Whaley
Standing Chapter 13 Trustee
303 Peachtree Center Avenue, Suite 120
Atlanta, GA 30303
(678) 992-1201

# **DITRIBUTION LIST**
BLR 9013-2(b) NDGa

Nancy J. Whaley
Standing Chapter 13 Trustee
303 Peachtree Center Avenue, Suite 120
Atlanta, GA 30303

Richard K. Valldejuli, Jr.
Valldejuli & Associates, LLC
2199 Lenox Road, NE, Suite A
Atlanta, GA 30324

Joshua M. Ryden, Esq.
Aldridge Pite, LLP
3575 Piedmont Road, NE, Suite 500
Fifteen Piedmont Center
Atlanta, GA 30305

Chudney Williams Oliver
2446 Ridge Lake Drive
Villa Rica, GA 30180

Marcus Armour Oliver
2446 Ridge Lake Drive
Villa Rica, GA 30180