**Fill in this information to identify the case:**

Debtor 1     Marcus Armour Oliver

Debtor 2     Chudney Williams Oliver
(Spouse, if filing)

United States Bankruptcy Court for the     Northern     District of     Georgia
(State)

Case number     14-61319-wlh

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges      12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.
**File this form as a supplement to your proof of claim**. See Bankruptcy Rule 3002.1.

**Name of Creditor:** U.S. Bank National Association, as Trustee for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2007-KS2

**Court claim No. (if known):** 21

**Last 4 digits** of any number you use to identify the debtor's account: 6714

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☐ No

☒ Yes. Date of the last notice: 01/08/2019

## Part 1:     Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates Incurred | | Amount |
|---|---|---|---|
| 1. Late Charges | | (1) $ | |
| 2. Non-sufficient funds (NSF) fees | | (2) $ | |
| 3. Attorney Fees | 01/31/2019 – Motion for Relief | (3) $ | 850.00* |
| 4. Filing fees and court costs | 02/01/2019 – Motion for Relief filing fee | (4) $ | 181.00* |
| 5. Bankruptcy/Proof of claim fees | | (5) $ | |
| 6. Appraisal/Broker's price opinion fees | | (6) $ | |
| 7. Property inspection fees | | (7) $ | |
| 8. Tax advances (non-escrow) | | (8) $ | |
| 9. Insurance advances (non-escrow) | | (9) $ | |
| 10. Property preservation expenses. Specify: | | (10) $ | |
| 11. Other. Specify: | | (11) $ | |
| 12. Other. Specify: | | (12) $ | |
| 13. Other. Specify: | | (13) $ | |
| 14. Other. Specify: | | (14) $ | |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2          **Notice of Postpetition Mortgage Fees, Expenses, and Charges**          page 1

| Debtor 1 | Marcus Armour Oliver and Chudney Williams Oliver | Case Number *(if known)* | 14-61319-wlh |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

**X**  /s/ Radha Gordon
Signature

Date: **April 26, 2019**

Print: Radha Gordon
       First Name   Middle Name   Last Name

Title: Agent for Creditor

Company: Aldridge Pite, LLP

Address: 3575 Piedmont Road, N.E. Suite 500
         Number   Street

Atlanta   GA   30305
City   State   Zip Code

Contact phone: (404)-994-7400

Email: rgordon@aldridgepite.com

*The Motion for Relief fees and costs in the amount of $1,031.00 included in this Notice of Postpetition Mortgage Fees, Expenses, and Charges (the "Notice") were previously approved by this Court in the Order entered on April 22, 2019 at docket number 105 ("Order"). Creditor is filing this Fee Notice to ensure compliance with Fed. R. Bankr. P. 3002.1. However, the fees set forth in the Notice are being paid directly by the Debtor(s) pursuant to the terms of the Order and the Chapter 13 Trustee does not need to make any disbursements for these amounts.

# Invoice # ▮▮▮▮▮▮▮▮▮▮

**INVOICE DATE:** 02/04/2019

**Invoice Submitted By:**

Aldridge Pite LLP - Aldridge Pite LLP
3575
Piedmont Rd Bld 15 Suite 500
Atlanta GA 30305
678-894-3400
Vendor ID # ▮▮▮▮▮▮▮▮

**Order Information:**

Order #: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Order Date: 01/24/2019
Order Type: Motion for Relief
Loan #: ▮▮▮▮▮▮▮
Property Address: 2446 Ridgelake Dr, Villa Rica, GA 30180

**Invoice Submitted To:**

Ocwen Loan Servicing,
1661 Worthington Rd. Suite 100,
West Palm Beach, FL 33409
561-682-8000

**Payment Information:**

Confirmation #: ▮▮▮▮▮▮▮
Method: ACH
Payment Date: 02/27/2019

| LINE # | EXPENSE CODE | CATEGORY CODE | DESCRIPTION | SERVICE DATE | AMOUNT |
|---|---|---|---|---|---|
| 1 | FB43 | FB4306 | Motion for Relief Filing Costs-(Recoverable from Borrower) | 02/01/2019 | $181.00 |
| 2 | FB42 | FB4202 | Motion For Relief-(Recoverable from Borrower) | 01/31/2019 | $850.00 |
|   |      |        | **Total:** |            | $1031.00 |

Invoice management powered by:  

03/21/2019 11:27:55 UTC Status: Approved

AITNO  – U.S. Bank National Association, as Trustee for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2007-KS2

BK Case # 14-61319-WLH

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 14-61319-WLH |
| | ) | |
| MARCUS ARMOUR OLIVER and CHUDNEY WILLIAMS OLIVER, | ) | Chapter 13 |
| | ) | |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on April 29, 2019, I served a copy of the Notice of Postpetition Mortgage Fees, Expenses and Charges which was filed in this bankruptcy matter on April 29, 2019, in the manner indicated:

**The following parties have been served via e-mail**:

Richard K. Valldejuli
ecf@valldejuliandassociates.com

Nancy J. Whaley
ecf@njwtrustee.com

**The following parties have been served via U.S. First Class Mail**:

Marcus Armour Oliver and
Chudney Williams Oliver
2446 Ridge Lake Drive
Villa Rica, GA 30180

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated: April 29, 2019        Signature: /s/Melissa Gonzalez
                             Printed Name: MELISSA GONZALEZ
                             Address:    Aldridge Pite, LLP
                                         Fifteen Piedmont Center
                                         3575 Piedmont Road, N.E.,
                                         Suite 500, Atlanta, GA 30305
                             Phone:      (404) 994-7400
                             Fax:        (888) 873-6147